The Mound Grove Cemetery Association of Kankakee City, appellee, v. George M. Dilley and Kankakee Individual Mausoleum Company, appellants. Gen. No. 8,437.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

Butz & Taylor, Miller & Shapiro and Brown, Hay & Stephens, for appellants. Gower, Gray & Gower, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Max Englestein, trading as The Peoples Store, appellant, v. Irene Meitinger, appellee. Gen. No. 8,472.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

Large & Reno and James Berry, for appellant. B. A. Knight, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Czilli Czecz, appellee, v. The New Era Association, appellant. Gen. No. 8,298.

Heard in this court at the October term, 1930. Opinion filed February 18, 1932.

Musgrave, Oppenheim, Price & Ewins, for appellant. George R. Warner and D. J. Peffers, for appellee.

Per curiam.

The People of the State of Illinois, defendant in error, v. Ray Null, plaintiff in error. Gen. No. 8,356.

Heard in this court at the May term, 1931. Opinion filed February 24, 1932.

H. A. Brooks and Edward A. Jones, for plaintiff in error. Mark C. Keller, State's Attorney, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.